JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OSCAR LOPEZ ZAMORA, | ) | Case No. ED CV 12-1298 JGB (MRW) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| MATTHEW CATE, Secretary of CDCR, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

JS - 6

DATE: 3/28/13  _____
HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE